**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 57 MAL 2023

           Respondent               :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

           v.                        :

                                :

KENNETH WAYNE DEAVERS,        :

           Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.